**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISON**

| | |
|---|---|
| In re<br>Darnell Antwaun Sutton and<br>Latrice Michelle Sutton,<br><br>Debtor(s) | ) Chapter 13<br>)<br>) Case Number. 23-52453<br>)<br>) Judge Mina Nami Khorrami<br>) |

**REQUEST OF ATLAS ACQUISITIONS**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Attn: Avi Schild
Telephone: (888) 762-9889
Facsimile: (201) 546-9377
E-mail: bk@atlasacq.com

Dated: 08/22/2023

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
President
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
(888) 762-9889
bk@atlasacq.com

Assignee Creditor: Aarons Inc. - Aarons Rent to Own [Last four digits of account: 8820]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISON

In re
Darnell Antwaun Sutton  and
Latrice Michelle Sutton

Case Number:  23-52453

Chapter:  13

Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing Notice Request was served on each of the registered ECF participants listed below, electronically through the court's ECF System at the email address registered with the court, this

August 22, 2023.

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
President
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
(888) 762-9889

Copy of the above served to the following:

Trustee
Edward A Bailey

Attorney for Debtor
Mark Albert Herder