# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Darnell Antwaun Sutton | : | Case No. 23-52453 |
| Latrice Michelle Sutton | : | Chapter 13 |
| | : | Judge Mina Nami Khorrami |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION (DOC. 45) AND RECOMMENDATION IN FAVOR OF CONFIRMATION

Now comes Edward A. Bailey, Chapter 13 Trustee, and withdraws his Objection to Confirmation filed on October 27, 2023 and therefore recommends to the Court that Debtor(s) Plan be confirmed.

**TERMS OF PLAN BASED ON AMENDMENTS (if any):**

**Above Median Income**

**Best Interest Dividend: 0%     Dividend: 29%**

 **Plan Payments:   $1580/31 mos; $1650.44/REM**

 **Length:  60 Months**

 **Furthermore, Trustee notes:**

Dated: 10/30/2023

Respectfully submitted,

**/s/Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below a copy of the Trustee's Withdrawal of Objection to Confirmation was served on the Office of the United States Trustee and Debtor's attorney electronically through the court's ECF System at the email address registered with the court, and on Darnell Antwaun Sutton 8384 Lucerne Drive Reynoldsburg, OH 43068-6720 Latrice Michelle Sutton 8384 Lucerne Drive Reynoldsburg, OH 43068-6720 by regular first class mail, postage prepaid.

Dated: 10/30/2023

**/s/Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org